IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Leo McClam, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 3:07-20-TLW-JRM |
| vs. | ) | |
| | ) | |
| Cpt. Franklin Almey, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

On January 4, 2007, the plaintiff filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. (Doc. #1). On January 12, 2007, Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned, issued a proper form Order, advising the plaintiff to provide necessary information and paperwork to bring this case into proper form for evaluation and possible service of process. (Doc. #3). The plaintiff was warned that failure to do so within the timetable set forth in the Order would subject the case to dismissal. (Doc. #3). The time to bring the case into proper form lapsed on February 15, 2007. On November 21, 2007, Magistrate Judge McCrorey issued a Report and Recommendation that this case be dismissed without prejudice pursuant to rule 41 of the Federal Rules of Civil Procedure. (Doc. #6). Objections to the Report were due on December 11, 2007. The plaintiff has not filed objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #6) and the plaintiff's complaint dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

                                                    S/Terry L. Wooten

                                                    Terry L. Wooten  
                                                    United States District Judge

June 6, 2008  
Florence, South Carolina